Ralph C. Loeb (SBN 124773)
ralph@kranesmith.com
KRANE & SMITH, APC
16255 Ventura Blvd., Suite 600
Encino, CA 91436
(818) 382-4000 Telephone
(818) 382-4001 Facsimile

Attorneys for Plaintiff LIFE ALERT
EMERGENCY RESPONSE, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE ALERT EMERGENCY RESPONSE, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> LIFE PROTECT 24/7, INC., a Virginia corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.   2:19-cv-6816 <br><br> **COMPLAINT FOR:** <br><br> 1.  **TRADEMARK INFRINGEMENT;** <br> 2.  **FALSE ADVERTISING;** <br> 3.  **VIOLATION OF 15 U.S.C. §1125(a)(1)(A); AND** <br> 4.  **UNFAIR COMPETITION.** <br><br> **DEMAND FOR JURY TRIAL** |

Complaint 8-6-2019

**1**

COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff LIFE ALERT EMERGENCY RESPONSE, INC. ("Life Alert") alleges as follows:

## JURISDICTION AND VENUE

1.      This is a civil action for trademark infringement, false advertising, false designation of origin, and unfair competition arising under the Lanham Act of 1946, as amended, 15 U.S.C. §§1051-1127.  The Court has federal jurisdiction over this matter pursuant to 15 U.S.C. §1121 and 28 U.S.C. §§1331 and 1338(a) and (b) and supplemental jurisdiction over Life Alert's claims arising under state law pursuant to 28 U.S.C. §1367.

2.      Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) because a substantial part of the events or omissions giving rise to Life Alert's claims occurred in this District, Life Alert resides in this District, and Defendants do business in this District.   Life Alert is informed and believes that Defendants are subject to personal jurisdiction in this District insofar as they conduct business and solicit business in this District and California including through Defendant Life Protect 24/7, Inc.'s interactive website and have offered for sale and/or sold Defendant Life Protect 24/7, Inc.'s emergency response services and systems and shipped equipment for its systems   to residents of this District by virtue of the fraudulent advertisements infringing Life Alert's trademarks that are the subject of Life Alert's claims alleged herein.

## PARTIES

3.      Life Alert is a California corporation with its principal place of business in the County of Los Angeles, California.

4.      Life Alert is informed and believes, and thereupon alleges, that Defendant Life Protect 24/7, Inc. ("Defendant Life Protect 24/7"), is a Virginia corporation and is subject to the jurisdiction of this Court.

## COMPLAINT AND DEMAND FOR JURY TRIAL

5.      The true names and capacities, whether individual, corporate, associate or otherwise of defendants DOES 1 through 10, inclusive, are unknown to Life Alert who therefore sues said defendants by such fictitious names.   Life Alert is informed and believes and based thereon alleges that each of the fictitiously named defendants is responsible in some manner for the events, acts, occurrences and liabilities alleged and referred to herein.  Life Alert will seek leave to amend this Complaint to allege the true names and capacities of these DOE defendants when the same are ascertained.

6.      Plaintiff is informed and believes and based thereon alleges that at all times mentioned herein each of the defendants authorized, directed, participated in, aided and abetted, contributed to, had knowledge of, ratified, accepted the benefits of, were joint tortfeasors as to and/or were vicariously liable for the wrongful conduct alleged herein.

## SUBSTANTIVE ALLEGATIONS

## PLAINTIFF LIFE ALERT AND ITS TRADEMARKS

7.      Life Alert has been in the business of providing emergency medical response services and systems and related products for seniors on a 24-hour a day, 7 day a week basis for more than thirty years.

8.      Life Alert is the owner of the Federal Trademark Registrations for LIFE ALERT, U.S. Registration No. 2,552,506; LIFE ALERT YOU ARE NEVER ALONE 24/7, U.S. Registration No. 3,212,604; LIFE ALERT MOBILE, U.S. Registration No. 4,053,816; LIFE ALERT, U.S. Registration No. 4,708,297; and LIFE ALERT EMERGENCY RESPONSE, U.S. Registration No. 5,522,328.  Life Alert also is the owner of numerous common law trademarks consisting or incorporating the LIFE ALERT element including, LIFE ALERT THE LIFE SAVING NETWORK.   Life Alert's registered and common law trademarks incorporating the LIFE ALERT element are hereafter collectively referred to as "Life Alert Marks."

COMPLAINT AND DEMAND FOR JURY TRIAL

9.      The Life Alert Marks are instantly recognizable as being associated with the goods and services of Life Alert.  The Life Alert Marks have appeared in numerous advertisements, websites, brochures, and solicitations for Life Alert.

10.      Life Alert has expended great effort and substantial sums of money in making the Life Alert Marks well known to the public.  In so doing, Life Alert has established a reputation for quality in connection with all of its products and services bearing or sold under the Life Alert Marks.

11.      Life Alert retains the sole and exclusive right in the United States to use and control the use of the Life Alert Marks together with the right to bring and maintain actions relating to the infringement, disparagement, dilution, or other misappropriation of the Life Alert Marks.

12.      Products and services bearing and sold under the Life Alert Marks have achieved popularity and fame in the marketplace.

13.      As a result of the high quality of the products and services sold by Life Alert in conjunction with the Life Alert Marks, and as a result of the extensive advertising, sale and public acceptance of those products and services, the public has come to view the Life Alert Marks to identify Life Alert's products and services exclusively.  The Life Alert Marks have come to symbolize the goodwill created by the sale and distribution of high-quality products and services of Life Alert.

## DEFENDANTS AND THEIR UNLAWFUL USE OF THE LIFE ALERT MARKS TO DECEIVE CONSUMERS

14.      Defendant Life Protect 24/7 is a direct competitor of Life Alert, providing emergency medical response services and systems and related products for seniors.

15.      In or about April 8, 2014, Defendant Life Protect 24/7 was put on notice of Life Alert's ownership of  the Life Alert Marks when Life Alert's attorneys sent it a letter which, among other things, demanded that Defendant Life Protect 24/7 cease and desist using the name "USA Life Alert, Inc.".

**COMPLAINT AND DEMAND FOR JURY TRIAL**

16.      Notwithstanding the notice Defendant Life Protect 24/7 received from Life Alert's attorney in 2014, Life Alert is informed and believes, and thereupon alleges, that Defendants have subsequently willfully violated Life Alert's rights in the Life Alert Marks by, among other things, fraudulently using the Life Alert Marks and/or confusingly similar marks in connection with online and offline newspaper advertisements.

17.      Life Alert has neither authorized, nor consented to the use by Defendants of the Life Alert Marks, any colorable imitation of them, or any mark confusingly similar to them.

18.      More specifically, Defendants' advertisements at issue falsely indicate that they are advertisements of Life Alert as part of a scam to deceive consumers into believing that they can obtain Life Alert's emergency response services and systems by calling the 800 number in the advertisements ("Fake Life Alert Ads"), when in fact consumers cannot obtain Life Alert's emergency response services and systems by calling the 800 number in the Fake Life Alert Ads.

19.      Consumers who call the 800 number in the Fake Life Alert Ads have encountered persons that falsely indicate that they are representatives of Life Alert. However, consumers that make an order for emergency response services and systems during these phone calls are billed by Defendant Life Protect 24/7 for its emergency response services and systems and are shipped Defendant Life Protect 24/7's equipment for its emergency response systems.

20.      As one particularly egregious example of a Fake Life Alert Ad that Defendants are using as part of their scam to deceive consumers, Defendants unlawfully copied the design of a genuine Life Alert advertisement (see Image No. 1 below) in its entirety except that they changed the Life Alert's 800 number to an 800 number, which if called by consumers, has been used to sell Defendant Life Protect 24/7's emergency response services and systems (see Image No. 2 below).

Image No. 1 – Genuine Life Alert Advertisement With Life Alert's 800 Number



Image No. 2 – Fake Life Alert Advertisement With 800 Number Used For Defendant Life Protect 24/7 Emergency Response Services And Systems

21.     Defendants' fraudulent use of the Life Alert Marks and the Fake Life Alert Ads has caused   confusion, mistake,  and has deceived consumers as to the

affiliation or association of the Defendants with Life Alert, and as to the origin, sponsorship, or approval of the Defendants' goods, services, and/or commercial activities by Life Alert.   Confused consumers who have been deceived by Defendants' scam are calling Life Alert, for among other things, to cancel the emergency response services and systems which they were deceived into believing they ordered from Life Alert and/or to find out why they have not received equipment for the emergency response systems that they were deceived into believing would be shipped to them by Life Alert.

22.     Life Alert is informed and believes, and thereupon alleges, the Defendants' purpose in utilizing the Life Alert Marks, and the Fake Life Alert Ads in the manner alleged herein is an attempt to benefit unfairly from the valuable goodwill established at great expense and effort throughout the United States by Life Alert through the use of the Life Alert Marks.

23.     The fraudulent scam being perpetrated by Defendants as alleged above is causing irreparable harm to Life Alert and to the public, and should be enjoined by this Court.

## FIRST CLAIM FOR RELIEF

**(Trademark Infringement Under The Lanham Act §32, 15 U.S.C. §1114 And Common Law Against Defendants)**

24.     Life Alert repeats, repleads and realleges the allegations contained in Paragraphs 1 through 23 as though fully set forth herein.

25.     The aforesaid acts of Defendants constitute willful infringement of the Life Alert Marks, in violation of Section 32(1) of the Lanham Act of 1946, as amended, 15 U.S.C. §1114(1) and under common law.

26.     Furthermore, the aforesaid acts of Defendants constitute use of a counterfeit mark in violation of Sections 32(1) and 34(d)(1)(B) of the Lanham Act, 15 U.S.C. 15 U.S.C. §§1114(1) and 1116(d)(1)(B).

27.     By reason of the acts of Defendants alleged herein, Life Alert has

Complaint 8-6-2019                                     7

## COMPLAINT AND DEMAND FOR JURY TRIAL

1   suffered, is suffering and will continue to suffer damages and irreparable injury.
2   Unless Defendants are restrained from continuing their wrongful acts, the damage to
3   Life Alert will increase.  Life Alert has no adequate remedy at law.

4                            **SECOND CLAIM FOR RELIEF**

5        **(False Advertising Under 15 U.S.C. §1125(a)(1)(B) Against Defendants)**

6        28.     Life Alert repeats, repleads and realleges the allegations contained in
7   Paragraphs 1 through 27 as though fully set forth herein.

8        29.     Defendants' Fake Life Alert Ads falsely state and are intended by
9   Defendants to indicate that they are advertisements of Life Alert.

10       30.     The false and fraudulent statements in the Fake Life Alert Ads have
11  thus far deceived a substantial amount of consumers who responded to the Fake Life
12  Ads and are likely to continue to do so.

13       31.     Defendants' false statements in the Fake Life Alert Ads are material to
14  consumers and have induced consumers who have been deceived by the Fake Life
15  Alert Ads into purchasing   Defendant Life Protect 24/7's emergency response
16  services and systems instead of Life Alert's emergency response services and
17  systems and are likely to continue to do so.

18       32.     Defendants' acts as alleged above, as well as others, constitute false
19  advertising in violation of the Lanham Act, as amended, 15 U.S.C. §1125(a)(1)(B).

20       33.     By reason of the acts of Defendants alleged herein, Life Alert has
21  suffered, is suffering and will continue to suffer damages and irreparable injury.
22  Unless Defendants are restrained from continuing its wrongful acts and ordered to
23  retract and correct their false advertising, the damage to Life Alert will increase.
24  Life Alert has no adequate remedy at law.

25                           **THIRD CLAIM FOR RELIEF**

26       **(Violation of Lanham Act, 15 U.S.C. §1125(a)(1)(A) Against Defendants)**

27       34.     Life Alert repeats, repleads and realleges the allegations contained in
28  Paragraphs 1 through 33 as though fully set forth herein.

Complaint 8-6-2019                        8

**COMPLAINT AND DEMAND FOR JURY TRIAL**

35.     Defendants' acts as alleged above constitute unfair competition and a false designation of origin which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection or association of Defendants with Life Alert or as to the origin, sponsorship, or approval of Defendants' goods, services and/or activities by Life Alert in violation of the Lanham Act, as amended, 15 U.S.C. §1125(a)(1)(A).

36.     By reason of the acts of Defendants alleged herein, Life Alert has suffered, is suffering and will continue to suffer damages and irreparable injury. Unless Defendants are restrained from continuing its wrongful acts, the damage to Life Alert will increase.  Life Alert has no adequate remedy at law.

### FOURTH CLAIM FOR RELIEF

### (Unfair Competition Against Defendants)

37.     Life Alert repeats, repleads and realleges paragraphs 1 through 36, inclusive, of this Complaint and incorporates the same herein by the reference as though set forth in full.

38.     The conduct of Defendants as herein alleged, constitutes unfair competition in violation of the law of the State of California.  The acts and conduct of Defendants complained of herein have caused Life Alert irreparable injury, and will, unless retrained, further impair the value of the Life Alert Marks, intellectual property rights, reputation, and goodwill of Life Alert.  Life Alert has no adequate remedy at law.

39.     Life Alert is informed and believes that Defendants have unlawfully obtained profits through their acts of unfair competition.  Defendants should be forced to disgorge such unlawful profits to Life Alert.

40.     Upon information and belief, the conduct of Defendants was undertaken with the intent to injure Life Alert, or with a willful and conscious disregard of Life Alert's rights as such malicious conduct is defined in Code of Civil Procedure §3294.  Life Alert is entitled to punitive and exemplary damages, against

1    Defendants for the sake of example and to punish them for their unlawful conduct.

2         WHEREFORE, Life Alert prays for judgment against Defendants as follows:

3         1.    Defendants, their officers, agents, servants, employees and attorneys,

4    and those persons in active concert or participation with them, be preliminarily and

5    permanently enjoined from:

6              a.    Using the Life Alert Marks or any of them, or any colorable

7    imitation thereof, or any other name or mark likely to cause confusion, mistake, or

8    deception, in connection with the sale, offering for sale, distribution, manufacturing,

9    advertising, or promotion of their goods or services;

10             b.    Holding themselves out as Life Alert, using Fake Life Alert Ads

11   or otherwise engaging in false and/or misleading advertising and ordering them to

12   retract and correct their false and/or misleading advertising;

13             c.    Using any false designation of origin or false description that

14   can, or is likely to, lead the trade or public, or individual members thereof, to

15   believe that any product or service manufactured, distributed, sold, offered for sale,

16   or advertised by Defendants are in any manner associated or connected with Life

17   Alert or is sold, manufactured, licensed, sponsored, or approved or authorized by

18   Life Alert;

19             d.    Engaging in any other activity constituting an infringement of

20   Life Alert's trademark rights or otherwise unfairly competing with Life Alert;

21             e.    Engaging in any other activity that dilutes the distinctive quality

22   of the Life Alert Marks by, among other things, using the Life Alert Marks in

23   connection with the sale, offering for sale, distribution, manufacturing, advertising,

24   or promotion of its goods or services; and

25        2.    Defendants be directed to deliver up to Life Alert all products bearing

26   the Life Alert Marks and any copy, simulation, variation or colorable imitations of

27   the Life Alert Marks, and any documents or tangible things that discuss, describe,

28   mention or relate to such products;

**COMPLAINT AND DEMAND FOR JURY TRIAL**

3.      Defendants file with the Court and serve upon Life Alert's counsel within thirty (30) days after entry of judgment a report in writing under oath setting forth in detail the manner and form in which Defendants have complied with the requirements of the injunction.

## DAMAGES

4.      Defendants be required to account for and pay over to Life Alert all damages sustained by Life Alert and any and all profits realized by Defendants by reason of their unlawful acts alleged herein, and that such amounts be trebled, as provided by law.

5.      For treble damages against Defendants pursuant to 15 U.S.C. §1117(b).

6.      For statutory damages for willful use of a counterfeit mark pursuant to 15 U.S.C. §1117(c).

7.      For a corrective adverting award.

8.      Defendants be required to pay to Life Alert all of its costs, disbursements, and attorneys' fees in this action.

9.      For punitive and exemplary damages according to proof as to Life Alert's claim for relief for unfair competition under California law.

## OTHER RELIEF

10.     For such other and further relief as the Court may deem appropriate to prevent the infringement, disparagement, or dilution of the Life Alert Marks, and to prevent the unfair competition that Defendants have engaged in from recurring.

11.     For prejudgment interest.

12.     For such other relief as the Court deems proper.

DATED: August 6, 2019          KRANE & SMITH, APC

By: */s/ Ralph C. Loeb*
Ralph C. Loeb
Attorneys for Plaintiff LIFE ALERT
EMERGENCY RESPONSE, INC.

Complaint 8-6-2019                    11
**COMPLAINT AND DEMAND FOR JURY TRIAL**

1                              **DEMAND FOR JURY TRIAL**

2              Plaintiff LIFE ALERT EMERGENCY RESPONSE, INC. hereby

3 demands a jury trial in this action.

4

5 DATED: August 6, 2019            KRANE & SMITH, APC

6                             By:   */s/ Ralph C. Loeb*

7                                   Ralph C. Loeb

8                                   Attorneys for Plaintiff LIFE ALERT
                                  EMERGENCY RESPONSE, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Complaint 8-6-2019

**COMPLAINT AND DEMAND FOR JURY TRIAL**